JS-6

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATKINSON & ASSOCIATES, INC., ) | Case No. CV-10-3671 PA (RCx) |
| Plaintiff, ) | |
| v. ) | ORDER |
| DBN YANONALI LLC; FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR UNITED COMMERCIAL BANK; SB6 GROUP, LLC, ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING THEREFOR, the entire action is dismissed with prejudice.

Dated: March 22, 2011

*[signature]*

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE

Order